# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

March 19, 2021

Clerk, U.S. District Court
District of District of Delaware.
844 N King St
Wilmington, DE 19801

Re: Becky Kiger, et al. v. Steve Mollenkopf, et al., Case No. 3:20–cv–01355–TWR–MDD

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

John Morrill,
Clerk of the Court

By: s/ S. Andersen, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: