# U.S. District Court
# Southern District of California (San Diego)
# CIVIL DOCKET FOR CASE #: 3:20−cv−01355−TWR−MDD

| | |
|---|---|
| Kiger v. Mollenkopf et al | Date Filed: 07/17/2020 |
| Assigned to: Judge Todd W. Robinson | Date Terminated: 03/19/2021 |
| Referred to: Magistrate Judge Mitchell D. Dembin | Jury Demand: Plaintiff |
| Member case: | Nature of Suit: 850 Securities/Commodities |
|   3:20−cv−01417−TWR−MDD | Jurisdiction: Federal Question |
| Related Case:  3:20−cv−01417−TWR−MDD | |
| Cause: 15:0078j(b)ss Stockholder Suit | |

| | |
|---|---|
| Early Neutral Evaluation Conference: | Settlement Conference: |
| Case Management Conference: | Settlement Disposition Conference: |
| Status Hearing: | Pretrial Conference: |
| Status Conference: | Final Pretrial Conference: |
| Mandatory Settlement Conference: | Trial Date: |

**Plaintiff**

**Becky Kiger**
*derivatively on behalf of Qualcomm Incorporated*

represented by **Francis A. Bottini**
Bottini & Bottini, Inc.
7817 Ivanhoe Avenue
Suite 102
La Jolla, CA 92037
(858) 914−2001
Fax: (858) 914−2002
Email: fbottini@bottinilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Nelson**
*derivatively on behalf of Qualcomm Incorporated*

represented by **Francis A. Bottini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Steve Mollenkopf**

represented by **Koji F Fukumura**
Cooley, LLP
4401 Eastgate Mall
San Diego, CA 92121−9109
(858)550−6000
Fax: (858)550−6420
Email: kfukumura@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark D. McLaughlin** represented by **Koji F Fukumura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Fields** represented by **Koji F Fukumura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barbara T. Alexander** represented by **Koji F Fukumura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Francisco Ros** represented by **Koji F Fukumura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey W. Henderson** represented by **Koji F Fukumura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ann M. Livermore** represented by **Koji F Fukumura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harish Manwani** represented by **Koji F Fukumura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jamie S. Miller** represented by **Koji F Fukumura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **Clark T. Randt, Jr.** | represented by **Koji F Fukumura** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Irene B. Rosenfeld** | represented by **Koji F Fukumura** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Kornelis Smit** | represented by **Koji F Fukumura** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Anthony J. Vinciquerra** | represented by **Koji F Fukumura** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

**DOES 1–30**

**Defendant**

| | |
|---|---|
| **Qualcomm Incorporated** | represented by **Koji F Fukumura** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/2020 | Ï 1 | COMPLAINT with Jury Demand against Barbara T. Alexander, DOES 1–30, Mark Fields, Jeffrey W. Henderson, Ann M. Livermore, Harish Manwani, Mark D. McLaughlin, Jamie S. Miller, Steve Mollenkopf, Qualcomm Incorporated, Clark T. Randt, Francisco Ros, Irene B. Rosenfeld, Kornelis Smit, Anthony J. Vinciquerra ( Filing fee $ 400 receipt number ACASDC−14175626.), filed by Becky Kiger. (Attachments: # 1 Civil Cover Sheet) <br><br> The new case number is 3:20−cv−1355−LAB−MDD. Judge Larry Alan Burns and Magistrate Judge Mitchell D. Dembin are assigned to the case. (Bottini, Francis)(vxc) (dsn) (Entered: 07/17/2020) |
| 07/17/2020 | Ï 2 | Summons Issued. <br> **Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (vxc) (dsn) (Entered: 07/17/2020) |
| 08/10/2020 | Ï 3 | Joint MOTION to Consolidate Cases *and Request for Appointment of Lead Counsel for Plaintiffs* by Becky Kiger. (Attachments: # 1 Proof of Service)(Bottini, Francis) (jdt). (Entered: 08/10/2020) |
| 08/21/2020 | Ï 4 | |

| | | |
|---|---|---|
| | | WAIVER OF SERVICE Returned Executed by Becky Kiger, as to Barbara T. Alexander. (Bottini, Francis) (jdt). (Entered: 08/21/2020) |
| 08/21/2020 | Ï 5 | WAIVER OF SERVICE Returned Executed by Becky Kiger, as to Mark Fields. (Bottini, Francis) (jdt). (Entered: 08/21/2020) |
| 08/21/2020 | Ï 6 | WAIVER OF SERVICE Returned Executed by Becky Kiger, as to Jeffrey W. Henderson. (Bottini, Francis) (jdt). (Entered: 08/21/2020) |
| 08/21/2020 | Ï 7 | WAIVER OF SERVICE Returned Executed by Becky Kiger, as to Ann M. Livermore. (Bottini, Francis) (jdt). (Entered: 08/21/2020) |
| 08/21/2020 | Ï 8 | WAIVER OF SERVICE Returned Executed by Becky Kiger, as to Harish Manwani. (Bottini, Francis) (jdt). (Entered: 08/21/2020) |
| 08/21/2020 | Ï 9 | WAIVER OF SERVICE Returned Executed by Becky Kiger, as to Mark D. McLaughlin. (Bottini, Francis) (jdt). (Entered: 08/21/2020) |
| 08/21/2020 | Ï 10 | WAIVER OF SERVICE Returned Executed by Becky Kiger, as to Jamie S. Miller. (Bottini, Francis) (jdt). (Entered: 08/21/2020) |
| 08/21/2020 | Ï 11 | WAIVER OF SERVICE Returned Executed by Becky Kiger, as to Steve Mollenkopf. (Bottini, Francis) (jdt). (Entered: 08/21/2020) |
| 08/21/2020 | Ï 12 | WAIVER OF SERVICE Returned Executed by Becky Kiger, as to Clark T. Randt, Jr.. (Bottini, Francis) (jdt). (Entered: 08/21/2020) |
| 08/21/2020 | Ï 13 | WAIVER OF SERVICE Returned Executed by Becky Kiger, as to Francisco Ros. (Bottini, Francis) (jdt). (Entered: 08/21/2020) |
| 08/21/2020 | Ï 14 | WAIVER OF SERVICE Returned Executed by Becky Kiger, as to Irene B. Rosenfeld. (Bottini, Francis) (jdt). (Entered: 08/21/2020) |
| 08/21/2020 | Ï 15 | WAIVER OF SERVICE Returned Executed by Becky Kiger, as to Kornelis Smit. (Bottini, Francis) (jdt). (Entered: 08/21/2020) |
| 08/21/2020 | Ï 16 | WAIVER OF SERVICE Returned Executed by Becky Kiger, as to Anthony J. Vinciquerra. (Bottini, Francis) (jdt). (Entered: 08/21/2020) |
| 10/14/2020 | Ï 17 | ORDER OF TRANSFER. Chief Judge Larry Alan Burns is no longer assigned. Case reassigned to Judge Todd W. Robinson for all further proceedings. The new case number is 20cv1355–TWR–MDD. Signed by Chief Judge Larry Alan Burns on 10/14/2020.(jdt) (Entered: 10/15/2020) |
| 01/12/2021 | Ï 18 | CONSOLIDATION ORDER. 3 Cases Consolidated. All future docketing will be done in the lead case. Signed by Judge Todd W. Robinson on 1/12/2021.(sxa) (Entered: 01/12/2021) |
| 02/09/2021 | Ï 19 | NOTICE *Designating Operative Complaint* by Becky Kiger, Heather Nelson re 1 Complaint,, (Attachments: # 1 Proof of Service)(Bottini, Francis) (sxa). (Entered: 02/09/2021) |
| 03/16/2021 | Ï 20 | NOTICE of Appearance by Koji F Fukumura on behalf of Barbara T. Alexander, Mark Fields, Jeffrey W. Henderson, Ann M. Livermore, Harish Manwani, Mark D. McLaughlin, Jamie S. Miller, Steve Mollenkopf, Qualcomm Incorporated, Clark T. Randt, Jr., Francisco Ros, Irene B. Rosenfeld, Kornelis Smit, Anthony J. Vinciquerra (Fukumura, Koji)Attorney Koji F Fukumura added to party Barbara T. Alexander(pty:dft), Attorney Koji F Fukumura added to party Mark Fields (pty:dft), Attorney Koji F Fukumura added to party Jeffrey W. Henderson(pty:dft), Attorney Koji F Fukumura added to party Ann M. Livermore(pty:dft), Attorney Koji F Fukumura added to party Harish Manwani(pty:dft), Attorney Koji F Fukumura added to party Mark D. McLaughlin(pty:dft), |

| | | |
|---|---|---|
| | | Attorney Koji F Fukumura added to party Jamie S. Miller(pty:dft), Attorney Koji F Fukumura added to party Steve Mollenkopf(pty:dft), Attorney Koji F Fukumura added to party Qualcomm Incorporated(pty:dft), Attorney Koji F Fukumura added to party Clark T. Randt, Jr.(pty:dft), Attorney Koji F Fukumura added to party Francisco Ros(pty:dft), Attorney Koji F Fukumura added to party Irene B. Rosenfeld (pty:dft), Attorney Koji F Fukumura added to party Kornelis Smit(pty:dft), Attorney Koji F Fukumura added to party Anthony J. Vinciquerra(pty:dft) (sxa). (Entered: 03/16/2021) |
| 03/16/2021 | Ï21 | Joint MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404(A)* by Barbara T. Alexander, Mark Fields, Jeffrey W. Henderson, Ann M. Livermore, Harish Manwani, Mark D. McLaughlin, Jamie S. Miller, Steve Mollenkopf, Qualcomm Incorporated, Clark T. Randt, Jr., Francisco Ros, Irene B. Rosenfeld, Kornelis Smit, Anthony J. Vinciquerra. (Fukumura, Koji) (sxa). (Entered: 03/16/2021) |
| 03/19/2021 | Ï22 | Case transferred to District of Delaware. Files transferred electronically to: * District of Delaware.*.* 844 N King St**Wilmington, DE 19801*. Signed by Judge Todd W. Robinson on 3/19/21. (sxa) (Additional attachment(s) added on 3/19/2021: # 1 Order) (sxa). (Entered: 03/19/2021) |