**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BECKY KIGER, derivatively on behalf of QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>STEVE MOLLENKOPF, MARK D. MCLAUGHLIN, MARK FIELDS, BARBARA T. ALEXANDER, FRANCISCO ROS, JEFFREY W. HENDERSON, ANN M. LIVERMORE, HARISH MANWANI, JAMIE S. MILLER, CLARK T. RANDT, JR., IRENE B. ROSENFELD, KORNELIS SMIT, ANTHONY J. VINCIQUERRA, and DOES 1–30,<br><br>Defendants,<br><br>– and –<br><br>QUALCOMM INCORPORATED,<br><br>Nominal Defendant. | ) | C.A. No. 21-00409-RGA |

**STIPULATION AND [PROPOSED] ORDER SETTING MOTION TO DISMISS BRIEFING SCHEDULE AND EXTENDING PAGE LIMITS**

WHEREAS, on July 17, 2020, Plaintiff Becky Kiger commenced a shareholder derivative action (the "*Kiger* Action") in the United States District Court for the Southern District of California on behalf of Nominal Defendant Qualcomm Incorporated ("Qualcomm" or the "Company") against Defendants Steve Mollenkopf, Mark D. McLaughlin, Mark Fields, Barbara T. Alexander, Francisco Ros, Jeffrey W. Henderson, Ann M. Livermore, Harish Manwani, Jamie S. Miller, Clark T. Randt, Jr., Irene B. Rosenfeld, Kornelis Smit, Anthony J. Vinciquerra (collectively, "Defendants"), asserting claims for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, abuse of control, and unjust enrichment (collectively, the "State-Law

Claims") and violation of Section 14(a) of the Securities Exchange Act of 1934 (the "Federal Claim") (D.I. 1);

WHEREAS, on July 23, 2020, Plaintiff Heather Nelson commenced a related shareholder derivative action (the "*Nelson* Action") in the United States District Court for the Southern District of California on behalf of Qualcomm against Defendants asserting substantially similar State-Law Claims and Federal Claim;

WHEREAS, on August 10, 2020, Plaintiffs and Defendants (collectively, the "Parties") jointly moved to consolidate the *Kiger* and *Nelson* Actions, and defer Defendants' deadline to respond to either complaint pending the filing or designation of an operative complaint and the entry of a briefing schedule (D.I. 3);

WHEREAS, on January 12, 2021, the Court consolidated the *Kiger* and *Nelson* Actions and ordered Plaintiffs to designate an operative complaint or file a consolidated complaint on or before February 10, 2021 (D.I. 18);

WHEREAS, on February 9, 2021, Plaintiffs filed a notice designating the Verified Shareholder Derivative Complaint filed in the *Kiger* Action as the operative complaint (the "Complaint") (D.I. 19);

WHEREAS, on March 16, 2021, the Parties jointly moved to transfer venue from the Southern District of California to the District of Delaware pursuant to 28 U.S.C. § 1404 ("Joint Motion") (D.I. 21);

WHEREAS, on March 19, 2021, the United States District Court for the Southern District of California granted the Parties' Joint Motion (D.I. 22);

WHEREAS, on March 22, 2021, this Court opened the transferred case (D.I. 23);

WHEREAS, Defendants anticipate moving to dismiss the Complaint on several bases, including failure to make a pre-suit demand on Qualcomm's Board of Directors prior to commencing this action, and failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) with respect to the Federal Claim;

WHEREAS, the Parties agree that in the interest of efficiency, Defendants reserve the right to move for dismissal of the State-Law Claims for failure to state a claim pursuant to Rule 12(b)(6), as appropriate, following resolution of Defendants' initial motion to dismiss; and

WHEREAS, the Parties agree that good cause exists to set a briefing schedule and to exceed the page limits set by Local Rule 7.1.3(a)(4), because the Parties believe that the issues to be addressed in connection with Defendants' motion to dismiss will be complex and require more thorough treatment than can be afforded them in the typical page limits imposed upon briefs within this district.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, that:

1. Defendants shall file their motion to dismiss the Complaint on or before May 7, 2021, reserving their right to move for dismissal of the State-Law Claims for failure to state a claim pursuant to Rule 12(b)(6), as appropriate, following resolution of their initial motion to dismiss;
2. Plaintiffs shall file their opposition to Defendants' motion to dismiss on or before July 9, 2021;
3. Defendants shall file their reply in support of their motion to dismiss on or before September 3, 2021; and

4. Defendants shall have 35 pages for their opening brief in support of their motion to dismiss; Plaintiffs shall have 35 pages for their answering brief in opposition to the motion to dismiss; and Defendants shall have 20 pages for their reply brief in further support of their motion to dismiss.

COOCH & TAYLOR, P.A.

By: */s/ Blake A. Bennett*
Blake A. Bennett (#5133)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, Delaware 19801
(302) 984-3800
bbennett@coochtaylor.com

OF COUNSEL:

Francis A. Bottini, Jr.
Albert Y. Chang
Anne Beste
Yury A. Kolesnikov
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
(858) 914-2001

*Attorneys for Plaintiffs Becky Kiger and Heather Nelson*

POTTER ANDERSON & CORROON LLP

By: */s/ Jonathan A. Choa*
Peter Walsh (#2437)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
pwalsh@potteranderson.com
jchoa@potteranderson.com

OF COUNSEL:

Koji F. Fukumura
Peter M. Adams
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
(858) 550-6000

*Attorneys for Nominal Defendant Qualcomm Incorporated, and Individual Defendants Steve Mollenkopf, Mark D. Mclaughlin, Mark Fields, Barbara T. Alexander, Francisco Ros, Jeffrey W. Henderson, Ann M. Livermore, Harish Manwani, Jamie S. Miller, Clark T. Randt, Jr., Irene B. Rosenfeld, Kornelis Smit, and Anthony J. Vinciquerra*

Dated: April 28, 2021

SO ORDERED this 28 day of April, 2021.

/s/ Richard G. Andrews
United States District Judge