IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECKY KIGER, derivatively on behalf of QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>STEVE MOLLENKOPF, MARK D. MCLAUGHLIN, MARK FIELDS, BARBARA T. ALEXANDER, FRANCISCO ROS, JEFFREY W. HENDERSON, ANN M. LIVERMORE, HARISH MANWANI, JAMIE S. MILLER, CLARK T. RANDT, JR., IRENE B. ROSENFELD, KORNELIS SMIT, ANTHONY J. VINCIQUERRA, and DOES 1–30,<br><br>Defendants,<br><br>– and –<br><br>QUALCOMM INCORPORATED, Nominal Defendant. | Civ. No. 21-409-RGA |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED this 15th day of November 2021, that:

1. Defendants' Motion to Dismiss the Complaint (D.I. 29) is **GRANTED**.

2. Count III is dismissed **WITHOUT LEAVE TO AMEND** and the portion of Count V based on Defendants' "goal" statements is dismissed **WITH PREJUDICE**.

3. Counts I-II and IV-V (except the portion of Count V based on Defendants' "goal" statements) are dismissed **WITHOUT PREJUDICE** and **WITH LEAVE TO AMEND**.

4. Plaintiffs have **TWENTY-ONE DAYS** from the date of this order to file an

amended complaint.

United States District Judge