IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BECKY KIGER, et al., Plaintiffs, | : | |
| v. | : | Civil Action No. 21-409-RGA |
| STEVE MOLLENKOPF, et al., Defendants. | : | |

**ORDER DENYING REQUEST FOR AN OPEN-ENDED AMOUNT OF TIME TO FILE AN AMENDED COMPLAINT**

I dismissed the Complaint in this case on November 15, 2021. (D.I. 41). I gave Plaintiffs twenty-one days to file an amended complaint. Plaintiffs did not do so. Instead, they filed a motion for more time to extend the deadline to file an amended complaint (D.I.42), based on their intent to file a books and records demand so they could gather more information and file an amended complaint. In their reply brief, Plaintiffs say they filed such a demand on December 21, 2021. (D.I. 45 at 6). It is now late February, and nothing further has happened, at least so far as I have been told.

The parties spend some amount of time discussing whether a books and records demand would be proper. I think, at least in the first instance, that is a question that, if it needs to be litigated, is for the Delaware courts to decide.

Since I dismissed most of the Complaint without prejudice, I imagine if the books and records demand turns up something useful within the statute of limitations, Plaintiffs can probably refile their suit or file a new suit based on whatever they learn. Whether they can or

they can't, I do not see why Plaintiffs, having filed a suit without then having a good basis to do so, should be able to use a non-viable suit as a placeholder for a future suit for which they still do not have the necessary facts.

The motion to extend the deadline (D.I. 42) is **DENIED**.

The Clerk is **DIRECTED** to close the case.

IT IS SO ORDERED this 17th day of February 2022.

Richard G. Andrews
United States District Judge